**UNITED STATES of America,**
**Appellant,**

v.

**Archibald R. SCHAFFER, III, Appellee.**

**No. 99–3153.**

United States Court of Appeals,
District of Columbia Circuit.

Nov. 22, 2000.

BEFORE: EDWARDS, Chief Judge;
WILLIAMS, GINSBURG, SENTELLE,
HENDERSON, RANDOLPH, ROGERS,
TATEL and GARLAND, Circuit Judges.

Circuit Judges SENTELLE,
RANDOLPH and GARLAND did not
participate in this matter.

**ORDER**

PER CURIAM.

Upon consideration of appellee's petition for rehearing en banc, the response thereto, and the vote by a majority of the judges of the court in regular active service in favor of the petition, it is

**ORDERED** that the petition be granted. This case will be reheard by the court sitting en banc. The judgment filed on June 27, 2000 is hereby vacated. It is

**FURTHER ORDERED** that oral argument before the en banc court will be heard at 10:00 A.M. on Wednesday, April 4, 2001. It is

**FURTHER ORDERED** that the parties shall submit thirty copies each of briefs and the appendix in accord with the following schedule:

| | |
|---|---|
| Appellant's Brief and Appendix | January 16, 2001 |
| Appellee's Brief | February 16, 2001 |
| Appellant's Reply Brief | March 2, 2001 |

Along with any other issues deemed appropriate, the briefs shall address the following:

(1.) The application of *Thompson v. United States,* 188 F.2d 652 (D.C.Cir.1951)

(2.) Whether appellee's request for a new trial satisfied the requirements of Federal Rule of Criminal Procedure 33

(3.) The extent of deference due to the judgment of the trial court in the granting of a new trial